UNITED STATES DISTRICT COURT
DISTRICT OF MASSAHCUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Criminal Complaint No. |
| | ) | 04-MJ-00045 LPC |
| JOSE MARCILIO CAVAZOS, JR., | ) | |
| DEFENDANT | ) | |

## EX PARTE MOTION FOR FUNDS

Now comes the Defendant in the above-entitled matter and moves for an order authorizing the Defendant to obtain the services of a Spanish speaking interpreter and for an order for funds to pay for said services. As grounds for this motion the Defendant states that he is unable to adequately communicate with counsel in English.

Respectfully submitted,
The Defendant, by his attorney

/s/ Edward P. Ryan Jr.

_____
Edward P. Ryan Jr.
O'Connor and Ryan, P.C.
61 Academy Street
Fitchburg, MA 01420
978-345-4166
BBO # 434960

August 27, 2004